

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
        Plaintiff
- vs
FABIO RODRIGUES FROES
        Defendant

CASE NUMBER: CR: 12-3314-GARBER

REPORT COMMENCING CRIMINAL ACTION

98475-004
USMS NUMBER

TO: CLERK'S OFFICE    **MIAMI**    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT      (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE N/A.

(1) **DATE AND TIME OF ARREST:** 9/27/12 @ 800   **AM** X   PM ___

(2) ~~LANGUAGE SPOKEN: PORTUGUESE~~

(3) **OFFENSE CHARGED:** 8 USC 1324 - ALIEN SMUGGLING

(4) **DATE OF BIRTH:** 7/26/63

(5) **TYPE OF CHARGING DOCUMENT:** (CHECK ONE)
    { } INDICTMENT     {X} COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDFL

(6) **REMARKS:**

(7) **DATE:** 9/27/12    (8) **ARRESTING OFFICER:** Special Agent SCHMIDT

(8) **AGENCY:** U.S. Immigration & Customs Enforcement   (10) **PHONE:** 786-229-3561

(11) **COMMENTS:** ARRESTED W/ ~~HIS~~ SPOUSE: JULIANA ROSA TOME FROES