# MINUTE ORDER

Page 8

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 09/28/12     Time: 02:00 PM

Defendant: 2)Fabio Rodrigues Froes    J#: 98475-004    Case #: 12-3314-GARBER

AUSA: _Karen Stewart_    Attorney: (no atty in Court)

Violation: Conspiracy to Encourage & Induce Aliens to Enter U.S.

Proceeding: Initial Appearance    CJA Appt: _PTD_

Bond/PTD Held: ⓧ Yes  ☐ No    Recommended Bond: _PTD_

Bond Set at: _Temporary PTD_    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs    Language: _Portuguese_

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

☐ Other: ___

Disposition: Deft shall retain Counsel

**NEXT COURT APPEARANCE**

| | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 10/1 | 10:00 a.m. | Duty | Miami |
| PTD/Bond Hearing: | 10/1 | " | " | " |
| Prelim/Arraign or Removal: | 10/15 | " | " | " |
| Status Conference RE: | | | | |

D.A.R. _14:46:40_    Time in Court: _5 min_

s/Barry L. Garber      Magistrate Judge