# COURT MINUTES

## Magistrate Judge William C. Turnoff

**Atkins Building Courthouse - 11th Floor**   Date: 10/9/12   Time: 10:00 A.M.

---

Defendant: 2) Fabio Rodriguez-Froes   J#: 98475-004   Case #: 12-3314-GARBER

AUSA: Marton Gyires   Attorney: Paul Donnelly (CJA)

Violation: ALIEN SMUGGLING

Proceeding: PTD ✓   CJA Appt:

Bond/PTD Held: ☑ Yes  ☐ No   Recommended Bond: PTD

Bond Set at: PTD   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Portuguese

Disposition:
*PREL/ARR: 10/15/12 @ 10am Duty.

Proffer by Gov't in Support of PTD (flight)
Proffer by Dfse.

* Court Orders Pretrial Detention (risk of flight).

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:22:11   Time in Court: 8 mins.